ROSENBAUM, Respondent, v. MOLLNER, Appellant.

(Common Pleas of New York City and County, General Term.    February 24, 1893.)

Appeal from seventh district court.
Action by David Rosenbaum against Emma Mollner.
M. B. Blumenthal, for appellant.
B. Metzger, for respondent.
No opinion.    Judgment affirmed, with costs.

McKEE et al., Respondents, v. ROGERS, Appellant.

(Common Pleas of New York City and County, General Term.    March 6, 1893.)

Appeal from district court.
Action by Moses M. McKee and another against James Rogers to recover commissions as brokers.
Argued before BISCHOFF and PRYOR, JJ.

James A. Deering, for appellant.
A. G. N. Vermilyea, for respondents.

PER CURIAM.    The case is close, and not free from doubt; but, on all the evidence, we are of opinion that the proof was insufficient to warrant the inference that the broker procured a purchaser ready to buy on the terms of the defendant's offer.    Judgment reversed, and new trial ordered, costs to abide event.

RIEGER, Respondent, v. SWAN, Appellant.

(Common Pleas of New York City and County, General Term.    March 6, 1893.)

Appeal from city court, general term.
Action by John H. Rieger against William Swan.
W. F. Severance, for appellant.
Palmer & Boothly, for respondent.
No opinion.    Judgment reversed, new trial ordered, costs to appellant to abide the event.    See 21 N. Y. Supp. 1037.

SAMPLINSKY, Respondent, v. PIERCE, Appellant.

(Common Pleas of New York City and County, General Term.    March 6, 1893.)

Appeal from fifth district court.
Action by Solomon Samplinsky against Charles E. Pierce.
C. L. Halberstadt, for appellant.
Max Bayersdorf, for respondent.
No opinion.    Judgment affirmed by default, with costs.

SANDERS, Respondent, v. SEABROOK, Appellant, (five cases.)

(Common Pleas of New York City and County, General Term.    March 6, 1893.)

Appeal from seventh district court.
Action by Christian Sanders against Thomas Q. Seabrook.
N. H. Bijur, for appellant.
Fromme Bros., for respondent.
No opinion.    Judgment affirmed, with costs.